# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION<br>NO. 18-219 |
| TYRONE EVANS | |

# **<u>ORDER</u>**

AND NOW, this 13th day of July, 2022, upon consideration of Tyrone Evans's *pro se* Motion for Compassionate Release (ECF 62), the Government's Response (ECF 64) and associated exhibit (ECF 72), and consistent with the accompanying Memorandum of Law, it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.